# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| **No. 22-7103** | **September Term, 2023** |
| | FILED ON: FEBRUARY 23, 2024 |

PABLO ABREU,
        APPELLANT

v.

HOWARD UNIVERSITY,
        APPELLEE

Appeal from the United States District Court
for the District of Columbia
(No. 1:21-cv-00397)

Before: WILKINS and KATSAS, *Circuit Judges*, and ROGERS, *Senior Circuit Judge*

### **J U D G M E N T**

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the dismissal of Abreu's contractual claims be affirmed; the dismissal of Abreu's ADA and Rehabilitation Act claims as barred by a one-year statute of limitations be reversed; and those statutory claims be remanded to the District Court for further proceedings, in accordance with the opinion of the court filed herein this date.

### **Per Curiam**

                            **FOR THE COURT:**
                            Mark J. Langer, Clerk

                     BY:    /s/

                            Daniel J. Reidy
                            Deputy Clerk

Date: February 23, 2024

Opinion for the court filed by Senior Circuit Judge Rogers.